IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WISCON CORPORATION d/b/a CAPUTO FOODS, an Illinois Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>CAPUTO BROTHERS CREAMERY, LLC, a Pennsylvania Limited Liability Company,<br><br>        Defendant. | Case No. 1:20-cv-03191<br>Judge John F. Kness |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Caputo Brothers Creamery, LLC ("Defendant" or "CBC") hereby respectfully moves this Court to grant summary judgment in favor of CBC with respect to all claims in the complaint. As discussed in CBC's accompanying Memorandum of Law, the undisputed evidence demonstrates that CBC is entitled to judgment against Plaintiff Wiscon Corporation ("Plaintiff" or "Wiscon") on all claims asserted in the Complaint, namely, federal trademark infringement (Count I), federal unfair competition (Count II), federal trademark dilution (Count III), federal trademark counterfeiting (Count IV), Illinois common law trademark infringement and unfair competition (Count V), Illinois trademark dilution (Count VI), and Illinois deceptive and unfair trade practices (Count VII), as a matter of law. CBC hereby moves for summary judgment on the grounds of acquiescence, the lack of inevitable confusion, that Wiscon's mark does not rise to the level of fame required for a dilution claim, and that the parties' respective marks are substantially different such that Wiscon's counterfeiting clam fails as a matter of law. Accordingly, CBC is entitled to judgment as a matter of law on all claims in the Complaint.

1

In support of this Motion for Summary Judgment, CBC is submitting herewith its Memorandum of Law in Support of Its Motion for Summary Judgment, Local Rule 56.1(a)(2) Statement of Material Facts as to which CBC contends there is no genuine issue and that entitle CBC to judgment as a matter of law, the Declaration of Rynn Caputo with supporting exhibits, and the Declaration of Jennifer Theis with supporting exhibits.

Date: April 6, 2021 Respectfully submitted,

By: /s/ *Jennifer J. Theis*
Jeffery A. Handelman
jhandelman@brinksgilson.com
Jennifer Theis
jtheis@brinksgilson.com
**Brinks Gilson & Lione**
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4236 (phone)

*Attorneys for Defendant Caputo Brothers Creamery, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Defendant's Motion For Summary Judgment** was served electronically through the ECF system to all counsel of record registered to receive electronic filings, on this 6th day of April, 2021.

_/s/ Jennifer J. Theis_
